JEFFREY A. DICKERSON
NEVADA Bar No. 2690
9655 Gateway Dr., Suite B
Reno, NV 89521
(775) 786-6664
(775) 786-7466-Facsimile
Attorney for Plaintiff

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

TINA LUCE,

    Plaintiff,

vs.

TERRY JACOBS, an individual, JOHN PEERY, an individual, MARY EATON, an individual, TED D'AMICO, an individual, JACKIE CRAWFORD, an individual,

    Defendants.

CASE NO. 3:06-CV-00356-LRH-(VPC)

STIPULATION AND ORDER FOR ENLARGEMENT OF TIME
(First Request)

The parties through their undersigned counsel of record hereby stipulate and agree that the time in which Plaintiff shall have to serve and file his opposition to the Motion for Summary Judgment may and should be enlarged for a period of 30 days, to and including September 19, 2007. The parties further stipulate and agree that the time in which Defendants shall have to serve and file its opposition to the Motion to Strike may and should be enlarged for a period

///
///
///
///
///
///
///

JAD/kdd/luce/enlarge opp mj\sj/strike st         1

of 30 days to and including September 23, 2007. Good cause exists for the requested relief in order to accommodate the trial schedule of counsel for Defendants and the busy deposition/litigation schedule of counsel for Plaintiff.

DATED: 8/20/07

LAW OFFICE OF
JEFFREY A. DICKERSON

JEFFREY A. DICKERSON
Counsel for Plaintiff

DATED: 8-20-07

CATHERINE CORTEZ MASTO
ATTORNEY GENERAL

/S/
JANET E. TRAUT
Senior Deputy Attorney General
Counsel for Defendants

ORDER

IT IS SO ORDERED this 21st day of August, 2007.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE

JAD/kdd/luce/enlarge opp mj\sj/strike st

2